**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN CARLOS AMADOR, *et al.*,

                              Plaintiffs,         **SCHEDULING ORDER**

       -against-                                    25 Civ. 4445 (KMK)(JCM)

LA CASA VICINA, INC., *et al.*,

                              Defendants.
------------------------------------------------------------X

       The Court has scheduled a Status Conference for December 3, 2025 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

Dated: September 23, 2025
       White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge