**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JUAN CARLOS AMADOR, and ELISEO DE LA
ROSA LOPEZ,

                Plaintiffs,

    -against-                          Case No. 7:25-cv-4445-KMK-JCM

LA CASA VICINA, INC. d/b/a LA CASA
VICINA, and ERALDO MARKU,              **JUDGMENT**

                Defendants.

---

On February 17, 2026, Plaintiffs JUAN CARLOS AMADOR and ELISEO DE LA ROSA LOPEZ filed a notice of acceptance of an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiffs, JUAN CARLOS AMADOR and ELISEO DE LA ROSA LOPEZ, have judgment against the Defendants in the amount of $75,000.00 (SEVENTY-FIVE THOUSAND DOLLARS), inclusive of attorneys' fees, costs and prejudgment interest.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiffs may have as to damages, or any other form of relief, arising out of the alleged acts or omission of the Defendants, in connection with the facts and circumstances that are the subject of this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by the Defendants, or any officer, employee or agent, either past or present of the Defendants; nor is it an admission that Plaintiffs have suffered any damages.

This judgment will act to release and discharge the Defendants, their successors or assigns, and all past and present officers, employees, representative, attorneys and agents of the Defendants, from any and all claims that were or could have been alleged by the plaintiffs on behalf of themselves and all others similarly situated in the above-referenced action.

Dated: ___February 18___ , 2026

HON. KENNETH M. KARAS
United States District Judge

The Clerk is respectfully directed to close this case.